IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 15-06004-17-CR-SJ-DGK |
| JASON LEE KIRTLEY, | |
| Defendant. | |

## MOTION TO REQUEST WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, by the undersigned Assistant United States Attorney, and respectfully requests a Writ of Habeas Corpus Ad Prosequendum.

Jason Lee Kirtley #243082, is currently incarcerated at the Western Reception Diagnostic and Correctional Center, 3401 Faraon, St. Joseph, Missouri 64506.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By: */s/ Bruce Rhoades*

Bruce Rhoades
Assistant United States Attorney
Narcotics & Violent Crimes Unit

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122