IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.   Case No. 15-06004-CR-SJ-DGK

JOSHUA KEITH BOWERS (01)
FRANKLIN CHARLES CARTER (04)
STEVEN LEE SCHREIER, JR. (05)
RONALD LOUIS ROBERTS (06)

AUSA: Bruce Rhoades
Defense Atty.: Carie Allen (01)
Susan Hunt (04)
James Brown (05)
Lisa Nouri (06)

| JUDGE: | **John T. Maughmer**<br>U. S. Magistrate Judge | DATE/TIME: | **July 22, 2015**<br>10:30am – 11:00am |
|---|---|---|---|
| DEPUTY CLERK | Kerry Martinez | TAPE/REPORTER | K. Martinez |
| INTERPRETER | None | PRETRIAL/PROB: | Courtney Pierce |

# Clerk's Minutes

## FIRST APPEARANCE SUPERSEDING INDICTMENT AND ARRAIGNMENT

( x ) Custody assumed (Bowers, Carter, Roberts)     ( x ) Voluntarily Surrendered (Schreier)

Place:  Kansas City, Missouri

Defendants advised:
1. Of the charge;
2. That he/she is not required to make any statement and that any statement made by him/her may be used against him/her in Court;
3. Of his/her right to retain counsel and to request assignment of counsel if he/she is unable to obtain counsel; and
4. Of his/her right to bail or, if no bail is set, to a detention hearing to determine if he/she is a flight risk or a danger to persons or the community.

BAIL

( x )   Bond & conditions of release as to Defendant Schreier continue as set out in case number 14-06011-CR-SJ-HFS.
( x )   Defendants Bowers, Carter and Roberts remanded to the custody of the U.S. Marshal pursuant to a Detention Order entered previously by the Court.  Defendants Carter and Roberts remanded to custody pursuant to Orders of Detention in case number 14-06011-CR-SJ-HFS.

COUNSEL

- ( x ) Defendants Bowers continues with representation by the Office of the Federal Public Defender as previously ordered by this Court.
- ( x ) Defendants Carter and Roberts continue with representation by CJA counsel as ordered in case number 14-06011-CR-SJ-HFS.
- ( x ) Defendant Schreier retained counsel, James Brown and Anthony Bologna, in case number 14-06011-CR-SJ-HFS.
- ( x ) Pending are motions to withdraw filed by attorney, Anthony Bologna, in case numbers 14-06011-CR-SJ-HFS (Doc. 81) and 15-06004-CR-SJ-DGK (Doc. 79) due to a conflict of interest.
- ( x ) Counsel James Brown indicates he will continue as retained counsel for Defendant Schreier.
- ( x ) The Court grants the Motions to Withdraw by Anthony Bologna (Doc. No's 79; 15-06004-DGK and 81; 14-06011-HFS).

ARRAIGNMENT

- ( x ) Defendant Bowers charged in Count(s) One through Seven of an Eight Count superseding indictment
- ( x ) Defendants Carter, Schreier, and Roberts charged in Count(s) Seven of an Eight Count superseding indictment
- ( x ) Defendants waived reading of the superseding indictment.
- ( x ) Defendants were informed of the maximum punishment for each applicable count of the superseding indictment.
- ( x ) Defendants entered pleas of not guilty to each count of the superseding indictment applicable to him/her.

ORDERS

- ( x ) Defendants Bowers, Carter and Roberts ordered committed back to custody of U.S. Marshal.
- ( x ) Defendant Schreier ordered released on a continuing bail bond.
- ( x ) Case ordered set for trial on the joint criminal jury trial docket which commences August 17, 2015
- ( x ) Scheduling conference set for **Wednesday, July 29, 2015, at 2:00 p.m.**